LOUISVILLE & NASHVILLE RAILROAD CO. v. BURGAY.

(Decided January 20, 1916.)

APPEAL from Covington Circuit Court.

Heard before Hon. H. A. PEARCE.

JONES, FOSTER & FIELDS, and HENRY OPP, for appellant. PARKS & PRESTWOOD, for appellee.

Per curiam. Appeal dismissed by appellant.

------

McCORD v. McCORD, ET AL.

(Decided November 16, 1915.)

APPEAL from Coosa Chancery Court.

Heard before Hon. W. W. WHITESIDE.

No counsel marked for either party.

Per curiam. Appeal dismissed.

------

McDONALD v. THE STATE.

(Decided November 25, 1915.)

APPEAL from Blount Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Affirmed on certificate.

------

MULLINS v. THE STATE.

(Decided January 13, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

SAYRE, J.—No error of record, and the cause is affirmed.

ANDERSON, C. J., McCLELLAN and GARDNER, JJ., concur.